# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria De Los Angeles Florentino Orozco,<br><br>Petitioner,<br><br>v.<br><br>Markwayne Mullin, et al.,<br><br>Respondent. | No. CV-26-04184-PHX-ASB<br><br>**ORDER** |

Petitioner challenged her present immigration detention, arguing her detention has become prolonged, and requested release or a bond hearing before a neutral decisionmaker. (Doc. 1.)  The Court directed Respondents to answer the Petition.  (Doc. 4.)  Respondents' response states, "Respondents do not oppose Petitioner's request for a bond hearing at this time . . . The proper remedy for the wrong of which Petitioner claims is a bond hearing." (Doc. 8.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition in part and granting a bond hearing.  The Court agrees a bond hearing, rather than release, is the appropriate remedy in this matter.  The remainder of the Petition will be denied.[1]

**IT IS ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as to Petitioner's request for a bond hearing.  The rest of the Petition is denied.

---

[1] The Petition asks the Court for other relief, such as an order directing Respondents not to transfer Petitioner out of this District and to award Petitioner costs and reasonable attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Doc. 1 at 14.) However, Petitioner does not provide relevant support for these requests.  (*See id.*)

2. Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3. Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

4. Any pending motions are **denied** as moot, and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 7th day of July, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge